UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SHANKO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAKE COUNTY, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05543-JST<br><br>**ORDER ACKNOWLEDGING RECEIPT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Re: ECF Nos. 21, 22 |

　　　　Defendants Rick Coel and Lake County have moved to dismiss Plaintiff Ronald Shanko's complaint in this action. ECF No. 5. Plaintiff's opposition to the motion was due by January 26, 2015. This morning, the Court received by mail Plaintiff's opposition to the motion to dismiss. ECF Nos. 21, 22. Although the opposition was not timely, the Court acknowledges that Plaintiff is proceeding pro se and is not an electronic filer.

　　　　Accordingly, the Court will accept Plaintiff's opposition although it was filed out of time. Defendants shall have until March 4, 2015 to file a response to Plaintiff's opposition.

　　　　Plaintiff is cautioned that he must comply with all court rules in the future, including the Northern District of California's Local Rules and the Federal Rules of Civil Procedure.

　　　　IT IS SO ORDERED.

Dated: February 18, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge