1
2
3
4                    UNITED STATES DISTRICT COURT
5                   NORTHERN DISTRICT OF CALIFORNIA
6

7   RONALD SHANKO,                        Case No.  14-cv-05543-JST   (JCS)
            Plaintiff.
8                                         **NOTICE OF REFERENCE AND**
         v.                               **ORDER RE DISCOVERY**
9                                         **PROCEDURES; TIME AND PLACE OF**
                                          **HEARING**
10  LAKE COUNTY, et al.,
            Defendants.                   Re: Dkt. No. 54
11

12

13  TO ALL PARTIES AND COUNSEL OF RECORD:

14        The above matter has been referred to Magistrate Judge Joseph C. Spero for Defendants

15  Motion to Compel Production of Rule 26 Disclosures and for Sanctions (the "Motion").

16        A Discovery Conference has been set for **November 13, 2015, at 9:30 a.m.**, in Courtroom

17  G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.  No briefing

18  is necessary on the Motion.

19        Plaintiff and lead trial counsel for the Defendants must attend the Discovery Conference,

20  **in person**.

21                    **LAW AND MOTION HEARING PROCEDURES**

22  Civil law and motion is heard on Friday mornings at 9:30 a.m., in Courtroom G, 15th Floor,

23  United States District Court, 450 Golden Gate Avenue, San Francisco, California.

    In the event a future **discovery dispute** arises, IT IS HEREBY ORDERED that
24
        1.   The party seeking to compel shall file a three page letter setting forth the dispute
25
             including their compromise positions.
26
        2.   Within 5 days after the moving party files its letter, the party opposing production
27
             shall file a three page letter setting forth their position including their compromise
28

United States District Court
Northern District of California

1    positions.

2        3.    Thereafter, the Court will decide what further proceedings are necessary.

3        A party or counsel has a continuing duty to supplement the initial disclosure when required

4    under Fed. R. Civ. P. 26(e)(1).

5        Law and motion matters may be submitted without argument upon stipulation of the

6    parties and notification of the Court no later than 4:30 p.m. the day before the hearing.  Pursuant to

7    Civil L. R. 7-7(e), filed motions may be withdrawn without leave of the Court, within seven (7)

8    days of the date for service of the opposition.  Thereafter, leave of the Court must be sought.

9                            **ELECTRONIC FILING AND COURTESY COPIES**

10        Please refer to Civil L. R. 5-4 and General Order No. 45 for the Northern District of

11   California for information relating to electronic filing procedures and requirements.

12        BEFORE NOON ON THE NEXT BUSINESS DAY FOLLOWING THE ELECTRONIC

13   FILING, THE PARTIES ARE REQUIRED TO LODGE DIRECTLY WITH CHAMBERS ONE

14   **PAPER** COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "JCS'S

15   CHAMBERS' COPY."  All filings of documents relating to motions referred to the undersigned

16   shall list the civil case number and the district court judge's initials, followed by the designation

17   "(JCS)".

18        The failure of counsel or a party to abide by this Order may result in sanctions pursuant to

19   Fed. R. Civ. P. 16(f).

20        IT IS SO ORDERED.

21   Dated: October 29, 2015

22   _____
     JOSEPH C. SPERO
23   Chief Magistrate Judge

24

25

26

27

28

United States District Court
Northern District of California

2

1

2

3

4                      UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7   RONALD SHANKO,                        Case No.  14-cv-05543-JST   (JCS)

            Plaintiff,
8
                                          **CERTIFICATE OF SERVICE**
9        v.

10  LAKE COUNTY, et al.,

11              Defendants.

12        I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.
    District Court, Northern District of California.
13

14        That on October 29, 2015, I SERVED a true and correct copy(ies) of the attached, by
    placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
15  depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
    receptacle located in the Clerk's office.
16

17  Ronald  Shanko
    15320 May Hollow Road
18  Lower Lake, CA 95457

19

20

    Dated: October 29, 2015
21

22                                         Susan Y. Soong
                                           Clerk, United States District Court
23

24                                         By:_____
25                                         Karen Hom, Deputy Clerk to the
                                           Honorable JOSEPH C. SPERO
26

27

28