UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SHANKO,<br><br>　　　　　Plaintiff.<br><br>　v.<br><br>LAKE COUNTY, et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-05543-JST   (JCS)<br><br>**ORDER TO SHOW CAUSE** |

　　　　On October 29, 2015, this Court issued a Notice of Reference and Order Re Discovery Procedures which set a Discovery Hearing date of November 13, 2015, at 9:30 AM on Defendant's Motion to Compel Rule 26 Disclosures and for Sanctions [ECF Dkt 56].  Plaintiff and lead trial counsel for Defendant were ordered to attend the Discovery Hearing in person.

　　　　On November 13, 2015 the Discovery Hearing was not held as Plaintiff was not present. Defendant was present.

　　　　IT IS HEREBY ORDERED that Plaintiff appear on **December 11, 2015, at 9:30 AM,** before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff's failure to comply with the Court's Order of October 29, 2015, and for failure to prosecute.  Defendant's Motion to Compel Rule 26 Disclosures and for Sanctions is also scheduled for **December 11, 2015**, **at 9:30 AM.  If Plaintiff intends to contest the Order to Show Cause, he must do so, in person, on December 11, 2015, at 9:30 AM.**

　　　　IT IS SO ORDERED.

Dated: 11/13/15

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD SHANKO,

    Plaintiff,

v.

LAKE COUNTY, et al.,

    Defendants.

Case No. 14-cv-05543-JST   (JCS)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Shanko
15320 May Hollow Road
Lower Lake, CA 95457

Dated: November 13, 2015

Susan Y. Soong
Clerk, United States District Court

By:_____
Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO