UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SHANKO,<br>          Plaintiff,<br>     v.<br>LAKE COUNTY, et al.,<br>          Defendants. | Case No. 14-cv-05543-JST   (JCS)<br><br>**ORDER TO COMPEL DISCOVERY AND SHOW CAUSE**<br><br>Re: Dkt. No. 54 |

On October 29, 2015, this Court issued a Notice of Reference and Order Re Discovery Procedures, which set a Discovery Hearing date of November 13, 2015, at 9:30 AM on Defendants' Motion to Compel Rule 26 Disclosures and for Sanctions. (Dkt. 56). Plaintiff and lead trial counsel for Defendant were ordered to attend the Discovery Hearing in person.

On November 13, 2015, the Discovery Hearing was not held because Plaintiff did not appear. Defendants were present through counsel. The same day, this Court issued an Order to Show Cause as to why the action should not be dismissed for Plaintiff's failure to comply with the Court's discovery order, and for failure to prosecute. (Dkt. 58). Plaintiff and lead trial counsel for Defendants were again ordered to attend the Discovery Hearing in person, rescheduled for December 11, 2015.

On December 11, 2015, the Discovery Hearing was held, despite the fact that, again, Plaintiff was not present. Defendants were present through counsel. The Court decided to give plaintiff one last chance to comply with his discovery obligations and to comply with the orders of this Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall produce to Defendant initial disclosures pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure. **Such disclosures shall be made on or before January 11, 2016**. If Plaintiff does not provide his

initial disclosures to Defendants by that date, Plaintiff must appear, **in person, on January 29, 2016, at 9:30 AM before Chief Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California**, and then there show cause why this action should not be dismissed for Plaintiff's failure to comply with this Court's November 13, 2015 Order, for failure to comply with this Order, and for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  December 11, 2015

JOSEPH C. SPERO
Chief Magistrate Judge